IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KARDOES RUBBER COM., INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACT. NO. 3:09cv761-MEF |
| | ) |
| FRANKLIN INDUSTRIAL MATERIALS | ) |
| and FRANKLIN INDUSTRIES, INC., | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Upon consideration of the defendants' motion to compel (doc. # 15), it is

ORDERED that on or before June 1, 2010, the plaintiff shall show cause why the motion should not be granted.

Done this 14th day of May, 2010.

                     /s/Charles S. Coody
                     CHARLES S. COODY
                     UNITED STATES MAGISTRATE JUDGE