IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KARDOES RUBBER COMPANY, INC.,    )
                                 )
          Plaintiff,             )
                                 )
v.                               )   CASE NO. 3:09-cv-761-MEF-CSC
                                 )
FRANKLIN INDUSTRIAL MATERIALS,   )   (WO - DO NOT PUBLISH)
*et al.*,                        )
                                 )
          Defendants.            )

# <u>O R D E R</u>

This cause is before the court on the Notice Concerning Settlement Conference and

Mediation (Doc. # 17), by which the parties advised the Court that they believe that

mediation would promote the resolution of this case.  This Court's mediation program is

voluntary, and generally, the Court does not formally enter an order referring a case to a

Magistrate Judge for mediation, nor does it assign mediators.  Should the parties desire

mediation of this case, they should arrange a conference call with the office of the Magistrate

Judge assigned to this file to discuss scheduling the mediation.  The Magistrate Judge

assigned to this file is Magistrate Judge Charles S. Coody.  Of course, the parties are free to

retain a mediator of their own choosing and pursue private mediation if they prefer it to the

Court's mediation program.

DONE this 27th day of May, 2010.

_____
          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE