IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KARDOES RUBBER COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:09-cv-761-MEF-CSC |
| ) | |
| FRANKLIN INDUSTRIAL MATERIALS, ) | (WO - DO NOT PUBLISH) |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This cause is before the court on the Notice Concerning Settlement Conference and Mediation (Doc. # 17), by which the parties advised the Court that they believe that mediation would promote the resolution of this case. This Court's mediation program is voluntary, and generally, the Court does not formally enter an order referring a case to a Magistrate Judge for mediation, nor does it assign mediators. Should the parties desire mediation of this case, they should arrange a conference call with the office of the Magistrate Judge assigned to this file to discuss scheduling the mediation. The Magistrate Judge assigned to this file is Magistrate Judge Charles S. Coody. Of course, the parties are free to retain a mediator of their own choosing and pursue private mediation if they prefer it to the Court's mediation program.

DONE this 27th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE